# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **ELENA CALIN, ET AL** | : CASE NO. 3:21-cv-00281-TMR-SLO |
| **Plaintiffs,** | : (Judge Thomas M. Rose) |
| v. | : |
| **ARIZONA SHOWER DOORS, LLC, ET AL.,** | : |
| **Defendants.** | : |

## STIPULATION AND AGREED ORDER OF DISMISSAL

Now come the Parties, by and through their undersigned counsel, and hereby stipulate and agree to Plaintiffs' dismissal of all claims in this matter, with prejudice.

Accordingly, it is hereby ORDERED, ADJUSTED and DECREED that this case is hereby dismissed, with prejudice and with costs payable by defendant Arizona Shower Doors of Illinois, LLC.

It is so ORDERED.

Entered this __4th__ day of __October__, 2022.

　__s/Thomas M. Rose__
　Judge Thomas M. Rose

Respectfully submitted,

| | |
|---|---|
| */s/ Nomiki Tsarnas (e-mail auth 10/1/22)*<br>Nomiki P. Tsarnas, Esq.<br>John J. Regan, Esq.<br>Kisling, Nestico & Redick, LLC<br>22 E. McKinley Way, Ste. A<br>Poland, OH  44514<br>tsarnas@knrlegal.com<br>reagan@knrlegal.com<br>*Attorneys for Plaintiff, Elena Cain* | */s/ Jonathan P. Saxton*<br>Jonathan P. Saxton (0042280)<br>Jessica L. Worth  (0090428)<br>Rendigs, Fry, Kiely & Dennis, LLP<br>600 Vine Street, Suite 2650<br>Cincinnati, Ohio 45202<br>Telephone:	513 381 9200<br>Facsimile:	513 381 9206<br>JSaxton@rendigs.com<br>JWorth@rendigs.com<br>*Attorneys for Defendant, Arizona Shower Doors of Illinois, LLC* |

*/s/ Dannis Yacobozzi (e-mail auth 10/1/22)*
Dennis V. Yacobozzi II, Esq.
Yacobozzi | Drakatos, LLC
1243 South High Street
Columbus, OH  43206
dyacobozzi@ydlegal.com
*Attorney for Involuntary Plaintiff,
State of Ohio Department of Medicaid*

2858540